# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HAROUTIOUN SHAMILIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW of North America, LLC, and DOES 1 through 10, inclusive,<br><br>Defendant. | **CASE NO.: 2:16-cv-06020-DSF (JPRx)**<br><br>Assigned to: Hon. Dale S. Fischer<br>Magistrate Jean P. Rosenbluth<br><br>**JUDGMENT AFTER TRIAL**<br><br>Action Filed:     June 30, 2016<br>Trial Date:  November 27, 2018 |

    This action came on regularly for trial from November 27, 2018 through and including November 30, 2018, in Courtroom 7D of the United States District Court, the Honorable Dale S. Fischer presiding. Plaintiff Haroutioun Shamilian appeared by and through his attorney Thomas H. Solmer of the Law Office Réne Korper. Defendant BMW of North America, LLC., appeared by and through its attorneys Theodore Dorenkamp III and Ani Tolmoyan of Bowman and Brooke LLP.

///

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned its verdict, finding in favor of BMW of North America, LLC.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in the action be entered as follows:

In accordance with the verdict form dated November 30, 2018, judgment is entered in favor of BMW of North America, LLC and against Plaintiff Haroutioun Shamilian who shall recover nothing from BMW of North America, LLC. BMW of North America, LLC shall recover costs from Plaintiff Haroutioun Shamilian as determined by the Clerk of the Court.

IT IS SO ORDERED.

DATED: December 19, 2018

*[signature: Dale S. Fischer]*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE